Lawrence E. **GRIFFIN**, Plaintiff–Appellant,

v.

Michelle **ELZIE**, Warden, District of Columbia Department of Corrections; Eugene Smith, Agents in Active Concert; Russell Canon, Defense Counsel, Defendants–Appellees.

No. 01–7297.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 11, 2002.

Lawrence E. Griffin, Pro Se.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Lawrence E. Griffin appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Griffin v. Elzie*, No. CA–01–1011 AM (E.D. Va. filed July 30, 2001; entered July 31, 2001). We grant Griffin's motion to supplement exhibits and deny the pending motions to add a third party and for summary judgment. We dispense with oral argument because the facts and legal con-

R.App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*